United States District Court
Southern District of Texas
**ENTERED**
August 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| YOHANEL LAFFITTE PANTOJA,<br>"Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00788 |
| | § | |
| FACILITY DIRECTOR, Port Isabel Service Processing Center, *et al.*,<br>"Respondents." | §<br>§ | |

**ORDER**

Before the Court is Petitioner's "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" ("Petition") (Dkt. No. 1) and "Magistrate Judge's Report and Recommendation" (Dkt. No. 9) ("Report and Recommendation"). The Report and Recommendation recommends that the Court: (1) Dismiss the Petition without prejudice and (2) Direct the Clerk of Court to close this case. Dkt. No. 9 at 1.

The R&R was published on August 4, 2026, and objections to the R&R were due on August 18, 2026. Since no objections were filed to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the Report and Recommendation (Dkt. No. 9) is **ADOPTED**. Plaintiff's Petition (Dkt. No. 1) is **DISMISSED without prejudice**, and the Clerk of the Court is **ORDERED** to close this case.

SIGNED this August 27, 2026

Rolando Olvera
United States District Judge